# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1007
Owner:  Florentino Luera et al.
Acres:  4.587

**Being** a 4.587 acre (199,797 square feet) parcel of land, more or less, being out of the Joaquin Chapa Survey No. 58, Abstract No. 289, Starr County, Texas, being out of Porcion 58, being out of called 34.38 acre tract recorded in Volume 1, Page 112, Map Records of Starr County, Texas ("Parcel S-14-Q"), said 34.38 acre tract being conveyed to various grantees as follows:

- Victor Vela and Wife, Elida B. Vela, Gonzalo Vela and Wife, Dominga R. Vela, Arturo Vela and Wife, Francisca A. Vela and Jose Guadalupe Vela by Declaration of Taking recorded in Volume 262, Page 12, Deed Records of Starr County, Texas;
- Arnoldo Vela and Wife, Elvia R. Vela by Warranty Deed recorded in Volume 400, Page 467, Deed Records of Starr County, Texas;
- Arnoldo Vela and Wife, Elvia R. Vela by Warranty Deed recorded in Volume   432, Page 559, Deed Records of Starr County, Texas;
- Francisca R. Vela, Oralia Vela Rojas, Ortofilia Vela, Ocilia Vela Schuck, Odilia Vela Rodriguez and Arnoldo Vela by Warranty Deed recorded in Volume 432, Page 562, Deed Records of Starr County, Texas;
- Aida Mink (formerly Gomez), Alberto Gomez, Jr., Aminta G. Hill (formerly Gomez) and Alonzo A. Gomez by Warranty Deed recorded in Volume 438, Page 919, Deed Records of Starr County, Texas;
- Ortofilia Vela, Oralia V. Rojas, Occilia V. Schuck, Arnoldo Vela and Odilia V. Rodriguez by Deed of Gift recorded in Volume 445, Page 437, Deed Records of Starr County, Texas;
- Oralia Vela Rojas, Occilia Vela Schuck and Odilia Vela Rodriguez by Warranty Deed recorded in Volume 649, Page 230, Official Records of Starr County, Texas;
- Florentino Luera by Warranty Deed recorded in Volume 822, Page 642, Official Records of Starr County, Texas;
- Belinda Olveda Huerto, Teresa Benavides and Julio Benavides by her first husband and Eloisa Marquez by her second husband, Manuel J. Barrera, Cecilio Barrera and Isaura D. Barrera by Heirship Affidavit recorded in Volume 934, Page 177, Official Records of Starr County, Texas;
- Oralia Vela Rojas by Warranty Deed recorded in Volume 934, Page 796, Official Records of Starr County, Texas;

## SCHEDULE C, cont'd

## LEGAL DESCRIPTION

- Oralia Vela Rojas by Warranty Deed recorded in Volume 934, Page 797, Official Records of Starr County, Texas;
- Oralia Vela Rojas by Warranty Deed recorded in Volume 934, Page 798, Official Records of Starr County, Texas;
- Oralia Vela Rojas by Warranty Deed recorded in Volume 938, Page 864, Official Records of Starr County, Texas;
- Manuel Jose Barrera, Cecilio Richard Barrera and Isaudra Dolores Barrera by Affidavit of Death and Heirship recorded in Volume 1064, Page 697, Official Records of Starr County, Texas;
- Bernard Patrick Donohoe and Michael E. Schuck by Last Will and Testament recorded in Volume 1075, Page 194, Official Records of Starr County, Texas;

Said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-1005 1007", said point being at the west corner of the 34.38 acre tract and an interior corner of a called 94.76 acre tract recorded in Volume 1, Page 112, Map Records of Hidalgo County, Texas ("Parcel S-14-S"), said point having the coordinates of N=16721595.733, E=768435.744, said point bears N 82-36-50 W, a distance of 6660.35' from United States Army Corps of Engineers Control Point No. 142;

**Thence**: N 53-43-00 E (S 53-43-00 W, Record), with the northwest line of the 34.38 acre tract and a southeasterly line of the 94.76 acre tract, for a distance of 581.31' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1005-1=1007-1" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-1007, said point being in the northwest line of the 34.38 acre tract and a southeasterly line of the 94.76 acre tract, said point having the coordinates of N=16721939.742, E=768904.341;

**Thence**: N 53-43-00 E (S 53-43-00 W, Record), continuing with the northwest line of the 34.38 acre tract and a southeasterly line of the 94.76 acre tract, for a distance of 229.72' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1005-4=1007-2"  for the northwest corner of Tract RGV-RGC-1007, said point being in the northwest line of the 34.38 acre tract and a southeasterly line of the 94.76 acre tract;

**SCHEDULE C, cont'd**

LEGAL DESCRIPTION

**Thence**: departing the southeasterly line of the 94.76 acre tract, over and across the 34.38 acre tract, the following courses and distances:

- S 65-45-12 E, for a distance of 29.61' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1007-3" for angle;
- S 68-25-38 E, for a distance of 900.47' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1007-4" for the northeast corner of Tract RGV-RGC-1007, said point being in the southeast line of the 34.38 acre tract and the northwest line of a called 5.99 acre tract recorded in Volume 1, Page 112, Map Records of Hidalgo County, Texas ("Parcel 14-0.1-R");

**Thence**: S 17-09-00 W (S 17-09-00 W, Record), with the southeast line of the 34.38 acre tract and the northwest line of the 5.99 acre tract, for a distance of 200.60' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1007-5" for the southeast corner of Tract RGV-RGC-1007, said point being in the southeast line of the 34.38 acre tract and the northwest line of the 5.99 acre tract;

**Thence**: departing the northwest line of the 5.99 acre tract, over and across the 34.38 acre tract, the following courses and distances**:**

- N 68-25-38 W, for a distance of 920.60' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-RGC-1007-6" for angle;

- N 65-45-12 W, for a distance of 147.29' to the **Place of Beginning**.

# SCHEDULE D

## LAND TO BE CONDEMNED
## **SCHEDULE D**

### MAP or PLAT



## SCHEDULE D cont'd

### MAP or PLAT

### LAND TO BE CONDEMNED



**SCHEDULE D cont'd**

MAP or PLAT

LAND TO BE CONDEMNED



# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract(s):  RGV-RGC-1007
Owner:  Florentino Luera et al.
Acres:  4.587

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Document No. 1998-200518, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (cont'd)**

ESTATE TAKEN

Starr County, Texas



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY ONE THOUSAND, EIGHT HUNDRED AND SEVENTY FOUR DOLLARS AND NO/100 ($21,874.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **A. Florentino Luera**<br>███████████ | Warranty Deed<br>Document #1998-200518<br>Recorded December 18, 1998<br>Deed Records of Starr County, Texas |
| **B. Unknown Heirs of Jose Guadalupe Vela** | Judgment on Stipulation, United States District Court (S.D. Texas Brownsville), Document # 1960-54389;<br>Recorded December 6, 1960,<br>Deed Records of Starr County, Texas |
| **C. Unknown Heirs of Arturo Vela**<br><br>**C1. Unknown Heirs of Arnoldo Vela**<br><br>Known Heirs of Arnoldo Vela:<br>**C1.1 Elvia Ramos Vela** (wife to Arnoldo Vela)<br>████████████<br><br>**C1.2 Olga Lydia Vela Gonzalez**<br>████████████<br><br>**C1.3 Jose Adalberto Vela**<br>███████████<br><br>**C1.4 Arturo Ivan Vela**<br>█████████████<br><br>**C1.5 Luis Arnoldo Vela**<br>██████████ | Judgment on Stipulation, United States District Court (S.D. Texas Brownsville), Document # 1960-54389;<br>Recorded December 6, 1960,<br>Deed Records of Starr County, Texas<br><br>Warranty Deed<br>Document #1976-92778<br>Recorded December 30, 1976<br>Deed Records of Starr County, Texas<br><br>Warranty Deed<br>Document #1980-104892<br>Recorded September 16, 1980<br>Deed Records of Starr County, Texas |

| | |
|---|---|
| ████████████ <br><br> **C1.6 Michael R. McMillion** <br> ████████████ <br><br> **C2. Alberto Arturo Rojas** <br> ████████████ <br><br> **C3. Yolanda Alameda Rojas** <br> ████████████ | Estate of Oralia Vela Rojas <br> Document #2015-00290431, Cause# PR 15-02431-3 |
| **D. Marvin Mink Jr.** <br> ████████████ <br><br> **E. Gary Mink** <br> ████████████ <br><br> **F. Donald Hill, Jr.** <br> ████████████ <br><br> **G. Unknown Heirs of Alberto Gomez, Jr.** <br><br> Known Heirs of Alberto Gomez, Jr. <br> **G1. Carmen Gomez Gutierrez** <br> ████████████ <br><br> **G2. Unknown Heirs of Alberto Gomez, III.** <br><br> Known Heirs of Alberto Gomez, III. <br> **G2.1 Luis Alberto Gomez** <br>    Unknown address <br><br> **G2.2 Unknown Heirs of Martha Gomez** <br><br> **G2.3 Ana Aminta Gomez** <br>    Unknown Address | Warranty Deed 1981-107364, Recorded May 4, 1981, Deed Records of Starr County. <br><br> Last Will and Testament of Aida Mink, Doc. 2009-286254, Recorded October 5, 2009, Deed Records of Starr County, Texas. <br><br> Last Will and Testament of Aminta Gomez Hill, July 13, 2012, Deed Records of Bexar County, Texas. |

**G2.4   Juanita Gomez**
　　Unknown Address

**G2.5  Maria Elena Gomez Espinoza**
　　　Unknown Address

**G2.6   Aida Gomez Martinez**

**G2.7  Lydia Gomez Gonzalez**

**G2.8   Rosa Hilda Gomez Navarro**

**G2.9 Unknown Heirs of Carlos Gomez**

Known Heirs of Carlos Gomez:
**G2.10.1  Carla Gomez**

**G2.11  Unknown Heirs of Adolfo Gomez**

Known Heirs of Adolfo Gomez:
**G2.11.1 Melissa Gomez**
　　　Unknown Address

**G2.11.2 Jessica Gomez**
　　Unknown Address

**G2.11.3 Suzy Gomez**
　　　Unknown Address

**H. Unknown Heirs of Alonso Arturo Gomez**

Known Heirs of Alonso Arturo Gomez:
**H1. Adelita Gomez White**



**H2. Adelina Gomez Mcculley**

**H3. Thomas Albert Gomez**

| | |
|---|---|
| **H4. Milena Gomez Sandoval** <br>  | |
| **I.  Unknown Heirs of Elida B. Vela** <br><br> Known heirs of Elida B. Vela: <br> **I1.  Manuel Jose Barrera** <br><br><br> **I2.  Cecilio Richard Barrera** <br><br><br> **I3.  Isaura D. Barrera** <br><br><br><br> **I4. The unknown heirs of Elsa Saenz Solis** <br><br> **I5. The unknown heirs of Lorene Saenz Peña** <br><br> Known heirs of Lorene Saenz Peña: <br> **I5.1 Jorge Luis Peña** <br><br><br> **I5.2 Aida Graciela Peña Gonzalez** <br><br><br> **I5.3 The unknown heirs of Carlos Cesar Peña.** <br><br> Known heirs of Carlos Cesar Peña: <br> **I5.3.1 Irma M. Peña Alvarez** <br><br><br> **I5.3.2 Carlos Peña Jr.** | Judgment on Stipulation, United States District Court (S.D. Texas Brownsville), Document # 1960-54389; <br> Recorded  December 6, 1960, <br> Deed Records of Starr County, Texas <br><br> Affidavit of Heirship of Victor Vela 2002-223580, Recorded June 28, 2002 and Affidavit of Death and Heirship of Manuel Barrera 2005-250599, Recorded October 12, 2005. |

**I5.4  Gloria Peña Smith**

**I5.5  Maria Lorene Peña Villarreal**

**I5.6  Ricardo Omar Peña**

**I5.7  Roberto Peña Jr.**

**I5.8  The unknown heirs of Sylvia Peña Zon.**

Known Heirs of Sylvia Peña Zon:
**I5.8.1 Allen Zon**

**I5.9 The unknown heirs of Jose Ovidio Peña:**

Known heirs of Jose Ovidio Peña:
**I5.9.1 Jose Ovidio Peña, Jr.**

**I5.9.2  Javier Orlando Peña**

**I5.9.3 Jo Odell Peña**

**I5.9.4 Judith Odette Peña**

**I6.**  Known heirs of Heron Baltazar Farias:



**I6.1** ███████████████
███████████████

**I6.2  The unknown heirs of Sonja Farias Beaird**

**I6.3 The unknown heirs of Xavier Farias.**

Known heirs of Xavier Farias:
**I6.3.1 Terry Ann Farias Velasquez**
███████████████

**I6.3.2 Robbie J. Farias**
███████████████

**I6.3.3 Veralyn Farias**
███████████████

**I6.3.4 Xavier Thomas Farias**
███████████████

**I6.4 The unknown heirs of Johana Farias Froshauer**

**I7. The unknown heirs of Maria de Pilar Olveda Moya.**

Known heirs of Maria de Pilar Olveda Moya:
**I7.1 Nilda Moya Garcia**
███████████████

**17.2 Jose Moya**
███████████████

**I7.3 David Moya**
███████████████

**I7.4 The unknown heirs of Jose Daniel Moya**

**I7.5 Norma Moya Cantu**

███████

**I7.6 Noemi Moya Velasquez**

███████

**I7.7 Noelia Moya Guerrero**

███████

**I7.8 Heron Moya**

███████

**I8. The unknown heirs of Belinda Olveda Huerta.**

<u>Known heirs of Belinda Olveda Huerta</u>:
**I8.1 Teresa A. Huerta Caldera**

███████

**I8.2 Eddiberto Huerta**

███████

**I8.3  Roel Huerta**

███████

**I8.4 Joe Huerta**

███████

**I8.5 Roberto O. Huerta Jr**.

███████

**I8.6 The unknown heirs of Alma Delia Huerta**

**I9. The unknown heirs of Rosario Gomez**

**I10.The unknown heirs of Eloiza Marquez Garcia**.

Known heirs of Eloiza Marquez Garcia:
**I10.1 Eliseo Emilio M. Garcia**

**I10.2 Luis M. Garcia**

**I10.3 Heriberto M. Garcia**

**I10.4 The unknown heirs of Eleazar M. Garcia**.

Known heirs of Eleazar M. Garcia:
**110.4.1 Roel Eleazar Garcia**

**I10.4.2 Eddie Garcia**

**I10.4.3 Anna Belia Garcia**

**I10.4.4 Oliva America Garcia**

**I10.5 The unknown heirs of Eloisa Garcia Quintanilla.**

Known heirs of Eloiza Garcia Quintanilla:
**I10.5.1 Dariela Quintanilla Meza**



**I10.5.2 Dalia Quintanilla Obregon**



**I10.5.3 Carlos Quintanilla**

**I10.5.4 The unknown heirs of Diana Quintanilla Garcia.**

Known heirs of Diana Quintanilla Garcia:
**I10.5.4.1 Janida Sexton**

**I10.5.4.2 David Garcia**

**I10.5.4.3 Praxedis Garcia, Jr.**

**I10.6 Eva Elisa Garcia Patterson**

**I10.7 The unknown heirs of Edna E. Vidales.**

Known heirs of Edna E. Vidales:
**I10.7.1 Maria Margarita Rodriguez**

**I10.7.2 Maria Elena DeCamp**

**I10.7.3 Anna Maria Avina**

**I10.7.4 Felix Garcia Rodriguez**

**I10.7.5 Charlene Rodriguez Cuellar**

**I10.8  The unknown heirs of Enrique Marquez Garcia, Jr.**

Known heirs of Enrique Marquez Garcia, Jr.:
**I10.8.1 Rene Garcia Hilbish**

**I10.8.2 Rick Carlos Garcia**

**I10.8.3 Rocky Alan Garcia**

**I10.8.4 Ramona Garcia Papineau**

**I10.8.5 The unknown heirs of Riva Alana Garcia King**.

Known heirs of Riva Alana Garcia King:
**I10.8.5.1 Thomas Worell Garcia**

**I10.8.5.2 Amber Garcia**

**I10.8.5.3 Jason Garcia**

**I11. Unknown heirs of Roberto Benavides**

| | |
|---|---|
| **Ameida Salinas**<br>Starr County, Texas, Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | |