United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 7:20-cv-00425 | |
| 4.587 ACRES OF LAND, more or less, in § STARR COUNTY, TEXAS; and § FLORENTINO LUERA, et al., § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers Plaintiff United States' "Notice of Amended Schedule G"[1] and "Amended Disclosure of Interested Parties."[2] On July 19, 2021, the Court unambiguously ordered "Plaintiff United States to add Mr. Vidales as a Defendant to this case."[3] However, neither the United States' notice nor amended disclosure of interested parties does so despite purporting to list all interested party Defendants.[4] The Court accordingly **ORDERS** the United States to comply with the Court's July 19th order by filing an amended notice and amended disclosure that includes Mr. Vidales no later than **August 20, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of August 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 170.
[2] Dkt. No. 171.
[3] Dkt. No. 165 at 6.
[4] *See* Dkt. Nos. 170–171.