UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| VS. | § § § CIVIL ACTION NO. 7:20-cv-00425 |
| 4.587 ACRES OF LAND, more or less, in STARR COUNTY, TEXAS; and FLORENTINO LUERA, | § § § § |
| Defendants. | § § |

## FINAL JUDGMENT

The Court hereby renders final judgment in this case in accordance with Federal Rules of Civil Procedure 54 and 58. Having considered the parties' "Stipulation of Revestment,"[1] and having determined that it warrants entry of this final judgment,[2] the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

All property interests held by Defendant Florentino Luera as of December 17, 2020, in Tract RGV-RGC-1007, which is a 4.587-acre parcel of land particularly described in the United States' Schedules C and D,[3] together with all encumbrances thereof existing as of December 17, 2020, and all encumbrances since created and not otherwise discharged, are hereby **RE-VESTED** in Defendant Florentino Luera.

The total sum of twenty-one thousand eight hundred seventy-four dollars ($21,874) deposited by the United States,[4] together with any interest earned while on deposit in the registry

---

[1] Dkt. No. 184.
[2] Dkt. No. 185.
[3] Dkt. No. 1-1 at 5–12.
[4] Dkt. No. 11.

of the Court,[5] is **ORDERED** to be immediately disbursed to "F & A Officer, USAED, Fort Worth" with a check notation referencing "Tract. No. RGV-RGC-1007," at the following address:

Charanne Marshall
Finance and Accounting Officer, U.S. Army Engineer District
P.O. Box 17300
Room 3A37
Fort Worth, Texas 76102

This final judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Execution may issue for this final judgment as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of October 2021.

_____
Micaela Alvarez
United States District Judge



---

[5] *See* 40 U.S.C. § 3116. *But see* 40 U.S.C. § 3114(c)(1).